832 A.2d 911

IN THE MATTER OF STEVEN A. ADLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 289271973).

October 15, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–118, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14, **STEVEN A. ADLER** of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of one year retroactive to March 6, 2003, the date of respondent's suspension in the State of New York, for conduct in violation of *RPC* 8.4(b) (criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **STEVEN A. ADLER** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to March 6, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.